AARON D. FORD
 Attorney General
MEREDITH N. BERESFORD, Bar No. 13308
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1120
E-mail: mberesford@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLAVIO MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants | Case No.  3:19-cv-00275-MMD-WGC<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF STAY TO SEPTEMBER 18, 2020** |

Defendants, by through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Meredith N. Beresford, Deputy Attorney General, hereby files this Motion for Extension of Stay to September 18, 2020. This motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, all papers and pleadings on file in this action, and is filed contemporaneously with the 90-day Stay Report.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    ARGUMENT**

Defendants respectfully request an extension of the 90-day stay to September 18, 2020 in order to file the Stipulation for Dismissal and for Judicial Economy. On September 1, 2020, parties participated in an Early Mediation Conference where an out-of-court settlement was reached. Counsel for Defendants sent the Stipulation for Dismissal and Settlement Agreement to Plaintiff on September 1, 2020. The deadline for which to file the Stipulation for Dismissal is September 18, 2020. Defendants

1

1. request the stay be continued through that date for Judicial Economy purposes as well as to allow time to file the documents required to complete the settlement.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows: When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice fi the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

For these reasons, Defendants respectfully request an extension of stay, with a new deadline to and including **September 18, 2020**.

DATED this 2nd day of September, 2020.

      AARON D. FORD
      Attorney General

      By:   */s/ Meredith N. Beresford*
           MEREDITH N. BERESFORD, Bar No. 13308
           Deputy Attorney General

      *Attorneys for Defendants*

**IT IS SO ORDERED.**

BY: _William G. Cobb_
     **U.S. MAGISTRATE JUDGE**

**DATED:** September 3, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of September, 2020, I caused to be served a copy of the foregoing, **MOTION FOR EXTENTION OF STAY TO SEPTEMBER 18, 2020,** by U.S. District Court CM/ECF Electronic Filing on:

Flavio Moreno #1049218
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the