**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FLAVIO MORENO, | ) | 3:19-cv-00275-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 7, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>    REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Enforce Settlement Agreement (ECF No. 23).

**IT IS HEREBY ORDERED** that Plaintiff shall file a response to Defendants' motion (ECF No. 23) on or before **Monday, December 14, 2020**.

DEBRA K. KEMPI, CLERK

By:   <u>      /s/                              </u>
Deputy Clerk