## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FLAVIO MORENO, | ) | 3:19-cv-00275-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 17, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend Time (ECF No. 29).  Plaintiff requests an extension of time to respond to Defendants' Motion to Enforce Settlement Agreement (ECF No. 23).

Good cause appearing, Plaintiff's Motion to Extend Time (ECF No. 29) is **GRANTED**. Plaintiff shall have to and including **Friday, January 15, 2021**, in which to file a response to Defendants' motion (ECF No. 23).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
         Deputy Clerk